# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00657-CV

**Richard David O'Brien, Appellant**

**v.**

**Jennifer O'Brien, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 05-1148-FC1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Richard David O'Brien perfected an appeal from a judgment entered by the County Court at Law No. 1 of Williamson County. The clerk's record was due on February 25, 2008. No clerk's record has been filed due to appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record.

If the trial court fails to file the clerk's record due to appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).

Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Prosecution

Filed:   April 25, 2008